Speer v. State.

ABRAHAM SPEER, PLAINTIFF IN ERROR, v. STATE OF NEW JERSEY, DEFENDANT IN ERROR.

On error to Supreme Court.

For the plaintiff in error, *F. McGee* and *J. D. Bedle.*

For the defendant in error, *J. P. Stockton, Attorney-General.*

PER CURIAM.    Judgment below reversed.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, REED, SCUDDER, VAN SYCKEL, WOODHULL, CLEMENT, DODD, GREEN, LILLY—11.

*For affirmance*—None.